IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:02cr16-A |
| | ) | |
| ERIC M. PEAGLER | ) | |

MOTION FOR REDUCTION IN SENTENCE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, pursuant to Rule 35(b) *Federal Rules of Criminal Procedure*, and respectfully requests that the sentence imposed on Defendant Eric Peagler be reduced for the following reasons:

1. On November 9, 2002, Defendant Eric Peagler was sentenced by this Honorable Court to the custody of the Bureau of Prisons to be imprisoned for a term of 180 months. Peagler was convicted of one count of conspiracy to possess with the intent to distribute and distribution.

2. The United States herein states that since being sentenced, Eric Peagler has made a good faith effort to provide substantial assistance in the investigation and prosecution of other persons who have committed criminal offenses in the Middle District of Alabama and elsewhere. The nature and extent of Peagler's assistance was as follows: he agreed to and was debriefed by law enforcement officers; during such interview, he provided them with intelligence information about his own involvement, as well as the involvement of others, in the trafficking of controlled substances in this district; he testified as a witness for the government during the trial of Leon Carmichael. Peagler's testimony

was helpful in obtaining a conviction in the case of *United States v. Carmichael*, Cr. No. 2:03-cr-259-T.

3. The United States submits that Peagler has been truthful with the United States and to the law enforcement officers that he has been assisting.

4. The United States submits that some degree of risk of injury to Eric Peagler and his family has resulted and continues to result because of his assistance.

Wherefore, premises considered, the United States moves this Honorable Court for a reduction of twelve (12) months from the sentence of imprisonment previously imposed on Eric Peagler, resulting in a sentence of 168 months imprisonment.

Respectfully submitted this the 1st day of December, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:02cr16-A |
| | ) |
| ERIC M. PEAGLER | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jeffery C. Duffey.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov