IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | CR. NO. 2:02cr016-A |
| ERIC M. PEAGLER | ) | |

### **ORDER**

This case is before the court on the Motion for Reduction of Sentence (Doc. #292), filed by the United States on December 1, 2005. The court finds the motion to be well-taken, and on the basis of substantial assistance rendered to the Government, the motion is GRANTED, and it is hereby

ORDERED that the term of imprisonment imposed on the Defendant is REDUCED from 180 months to 168 months.

DONE this 6th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE