*Exhibit A*

  (1) initial review of all current files of the inmate population;
  (2) receipt of inmate requests to review files, and the monitoring of the inmate review of files; and
  (3) screening of all records and documents in the future as they are sent to the Inmate Central File for filing.

 Each institution may adopt its own procedures and forms for submitting and acknowledging requests and for logging and scheduling Inmate Central File reviews.

 b. <u>Inmate Request and Review</u>.  Any inmate seeking to look at his/her Inmate Central File shall submit a request to a staff member, as designated in the local instruction.

- The inmate's request should be acknowledged.
- The inmate should be permitted to review the file whenever practicable.
- All file reviews must be done under constant and direct staff supervision.
- Those materials which have been determined to be non-disclosable shall be removed from the folder before inmate review.
- An entry shall be made on the Inmate Activity Record (BP-381) to show the date the inmate reviews the file. The staff member monitoring the review shall initial the entry and the inmate shall be asked to initial it.

 c. <u>Inmate Challenge to Information</u>.  An inmate may challenge the accuracy of the information in his or her Inmate Central File.  Unit team staff shall take reasonable steps to ensure the accuracy of challenged information, particularly when that information is capable of being verified.  The inmate is required to provide staff with sufficient information in support of a challenge (names of persons to contact, government agency, etc...).

 When an inmate provides such information, staff shall review the alleged error(s) and take reasonable steps to ensure the information is correct.

 For example, if an inmate challenges information in the Presentence Investigation Report (PSI), staff should inform the appropriate U.S. Probation Office (USPO) in writing of the disputed information, and request that a written response also be provided.  **USPO procedures, however, do not allow for changes or addendums to be made to the Presentence Investigation Report after sentencing since it is a court document.**