*Exhibit B*

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                               FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) (Case Manager) Ms. Pittman | DATE: 6-3-09 |
|---|---|
| FROM: Eric Peagler | REGISTER NO.: 07403-002 |
| WORK ASSIGNMENT: Weekend-Compound | UNIT: 2-b1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

My denial of camp placement was in error, DSCC indicated this denial was due to the charges listed in "PSR", for kidnaping, Attempted Murder, and Trafficking cannabis. My most recent denial was On Dec. 13, 2007. I was told by unit team, On 4-19-09 that I was denied camp due to severity of past offenses/convictions. I am being charged with crimes that I have never been convicted of, I also took it a step further by having the record expunged from the court files. These crimes are not effecting my custody classification form. Therefore, it should not have any relevance to my placement at a lower lever facility. My custody classification form is within compliance with the custody classification manual 5100.08. This inaccurate infomation in My "PSR", is being maintained by the bureau of prisons personel in the "PSR", this information is causing the bureau to violate the clear language of P.S. 5100.08, which excludes prior offenses in which their was not a conviction or finding of guilt. P.S. 5100.08 dictates the procedure for making the section total.

CONTINUE ON ATTACHED PAGE...
(Do not write below this line)

DISPOSITION:

If you have a discrepancy written in your Pre Sentence Investigation Report (PSI) this issue must be addressed with the court/jurisdiction in which your PSI was written

Signature Staff Member: B. Pittman       Date: 06/04/2009

First there must be a finding of guilt. My court records adequately reflect that the charges were dismissed and expunged. Therefore to the policy I met the first requirment i.e., A finding of guilt. Pursuant to P.S. 5100.08 security designation and custody classification manual, the intent of the custody classification system is to use professional judgement within specific guidlines. Points are given on the custody classification for any history of violence where there are documented finings of guilt. Please see attachments from Warden/court records.

                                                                 Thank You